Brinkema /

5/12/19

My name is Rebecca Betancourt and I am currently housed at Rapphannock Regional jail. I have no legal advice, assistants or support. Everything I have said in these complaints are true. All I am asking for is help, protection, my name to be cleared. My two children and I am suffering. These agents and police have not protected us, but ruined our lives. They have taken my kids, freedom, health, and my mind. I now have post traumatic stress disorder. Anything you can do to help us and get us to safety would be a relif. All of this could of been prevented if someone would have intervened. I am in desprate need of a facility transfer.

Respectfully,
Rebecca
B


RECEIVED MAY 15 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Criminal Complaint Form/improper investigation.
Business: Local FBI
October 18' Agent Bertan who use to work for Rappahannock Regional Jail. Agent Charde Hall who I know from mutal friends both conflicts of intrest open an illegal investgation. Denyed me obtaining a lawyer, worked with the jail to change and give me varies of unknown medication. Which they both admitted. knowledge of my children being molested and took part in molesting them and or was presant when this took place. Blocked all law enforcement to helping my children. Harrassed me nightly, plotted to kill me to save their reputation. Had a couple of agents/marshalls from there office to try and questioned under the influence of this unknown medication. Agents would not leave alone unless I said I was guilty of crimes. Threaten my kids and myself.

Criminal Complaint Form.
Business: Roger Harris
Sheriff of Spotsylvania County

September 18' in Fredericksburg Circuit Court Sheriff Roger Harris said he was going to shoot me in the head. I was complaining about the mental health staff at Rappahannock Regional Jail. I mentioned suing the jail and his answer was to shoot me in the head because that money was part of his retirement money. Mr. Harris had full knowledge about my children and there unsafe living enviroment. As well as knowledge of the FBI/Rappahannock Regional Jail messing with my medication.
540-507-7200

Criminal complaint
Business: Spotsylvania Sheriffs Department.

Since Dec 18' I called Spotsylvania for help from these agents and for my children and never once did they answer the phone. Correctional officers who happen to be police for the department Did nothing to assist me nor my children. Were fully aware of the situation and chose to ignore me.
540·507·7200

Criminal complaint
Business: Stafford Sheriff's Office-
  Sheriff Decature.

Mr. Decature is fully aware of the situation with my children being molested. The medical malpractice and harrassment I have been subjected to. Called this office, filled out request forms and wrote letters. I have seen him multple times his answer was the same as everyones. There was nothing they could do because the case belonged to the FBI.

P.O Box 189
Stafford, Va 22555
540·658·4400

Criminal Complaint Form/Malicious Prosecutor
Business: Stafford Sheriffs Office
Detective B.W. Morris

I met with Mr. Morris for the first time April, 12 2019. Meeting him I made statements in regards to a sexual assault and physical assault. Also asked Detective Morris to give me information in regards to a wellness check on my two children. A week later Morris came back to tell me the information was unfound concerning the sexual and physical assault. My children were fine. As I waited for an escort he was outside the room standing with what sounded like agent Charde Hall/Orella. Detective Morris went back on everything he said. He saw the video of both assaults but there was nothing he could do. He apologized.
P.O Box 189
Stafford, Va 22555
540-658-4771

Criminal Complaint Form
Business: Freelance Star
Kathy Jett

In September 18' Kathy Jett wrote an article maliciously and falsly about me being indicted on murder charges. I was never charged nor did I murder anyone. This slanderous article has caused me mental anguish.

Criminal Complaint Form
Business: Rapphannock Regional Jail

April, 30 2019 I was on suicide watch Sgt Risner and officer Pleasants came to do a routine clean up. I was visably dizzy and unsteady, having trouble standing. Asked for assistants. Fainted and fell back on my foot broke three toes and fractured my right foot. I have to get a major surgery. Three screws. A medical code was never called and I begged for assistants I did'nt get till I walked out of the cell with my broken foot.

Criminal Complaint Form/Malicious Prosecuter
Full Name: Rebecca Betancourt
Business: Stafford County Sheriff's Office.

I have called Stafford Sheriff's Office numerous times from Dec 18'- May 19' not once have I had anyone answer the phone. Dec 18' I put in request forms in regards to a wellness check for my two children. A deputy came from the office to question me and told me my request sent to the city of Fredericksburg. I spoke to another Deputy from the Sheriffs Office. I made statements in regards to sexual and physical assault that happen to me inside the jail. Again asked for another wellness check for my children. A week later the Deputy came back to children were fine and my accusations were unfound. This is false I know that my children are unsafe and I feel as if my concerns were dismissed. My childrens safety as well as mine is my concern. They nelegected there duty and never once came to my aid nor my childrens. This has been going on for to long and I have got no where. I have taken all the steps, have all orginal documents for my request to speak to law enforcement.
540·658·4400
P.O Box 189
Stafford, Va 22555

Criminal Complaint Form/Medical Malpractice
Business/Nurse Practioner: Amanda Fisher
Rapphannock Area Community Service Board
November, 1 2018 Amanda Fisher the nurse practioner from Rapphannock Area Community Service Board in Fredericksburg prescribed me medication. 300 milgrams of Quetiapine added in with Oxcarbazpine 300 and Prazosin 2mg. A mixture of this medication lead to seziures which I have never had before. I couldn't walk and even lost consciousness woke up with inmates giving me CPR. 911 was called on almost a nightly basis, I refused to go to the hospital. Have Orginal copies of my concerns with the medication - medical request forms. Many go unanswered as of now I have an open case the Rapphannock Area Community Service Board. I believe Mrs. Fisher was or "teamed" up with the local FBI in a plot to try an kill me.
540·373·3223
600 Jackson St
Fredericksburg, Va 22401

Criminal Complaint Form: Medical Malpractice
Business/Nurse "Medcall" - Alterman
  Rapphannock Regional Jail

April 30 2019 I was on suicide watch nurse Alterman gave me my medication. Policy is all medication is crushed. When I questioned her because it looked like alot of powder. She told me it was correct. About six hours later I woke up feeling dizzy and was unsteady on my feet. I actually fainted fell back on my foot broke three toes and sprained the top of my foot. My blood pressure was so low I barely had a pluse. When I asked Nurse Alterman what medication she gave me she admitted it was intentionly wrong. I now have to get three screws in my right foot and walk with a walker.

Criminal Complaint: Medical Malpractice
Business/Nurse Miller
Rapphannock Regional Jail

May 5 2019 I was on suicide watch. Nurse Miller gave me the wrong medication and admitted to doing so after I took the medication. Nurse gave me a blood pressure pill her response to a correctional officer was "what is she going to do noone is going to help her." I did not say anything and prayed my blood pressure was fine through the night. Even asked her before taking the medication.
1745 Jefferson Davis Hwy
Stafford, Va 22554

Case 1:19-cv-00635-LMB-MSN   Document 1   Filed 05/15/19   Page 9 of 9 PageID# 9

Criminal Complaint Form/Medical Malpractice
Business/Nurse Practioner - Melody Cotter
Rapphannock Area Community Service Board
I have spoke with Melody Cotter the nurse practioner from Rapphannock Area Community Service Board. Mrs. Cotter has prescribe me different medications throughout my stay at Rapphannock Regional Jail. I feel as if she dismissed my concerns and not only prescribed me a deadly mixture of medication. When I explained the reaction of the medication she lied and told me I was having lucid dreams. Dismissed all my concerns and covered for the jail. Mrs. Cotter knew the intentions of the jail. Laughed at my issues and used her licence to hurt me.

600 Jackson St
Fredericksburg Va 22401
540·373·8223


RECEIVED
MAY 15 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA